UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

        Plaintiff,

vs.                                         CR. NO. 09-20549
                                            HONORABLE DENISE PAGE HOOD

MUJAHID CARSWELL,

        Defendant.
_____/

### STIPULATION AND ORDER EXTENDING TIME FOR FILING OBJECTIONS TO PRESENTENCE REPORT

**UPON THE STIPULATION** of counsel for the Government and counsel for Defendant Carswell to extend the deadline for filing objections to the Presentence Report to December 15, 2011; and

**UPON THE FURTHER STIPULATION** that any delay caused by this extension is at the request of the Defendant and is excludable delay for purposes of the speedy trial calculation pursuant to 18 U.S.C. §3161(h)(8)(A);

| | |
|---|---|
| BARBARA L. McQUADE<br>United States Attorney | FEDERAL DEFENDER OFFICE<br>Legal Aid & Defender Association, Inc. |
| /s/ Cynthia Oberg<br>CYNTHIA OBERG   (P36338)<br>(313) 226-9701<br>cynthia.oberg@usdoj.gov | /s/ Andrew Densemo<br>ANDREW DENSEMO (P 37583)<br>(313) 967-5829<br>andrew_densemo@fd.org |
| /s/ Kevin M. Mulcahy<br>KEVIN M. MULCAHY<br>(313) 226-9713<br>kevinn.mulcahy@usdoj.gov | /s/ Jill Leslie Price<br>JILL LESLIE PRICE<br>(313) 967-5838<br>jill_price@fd.org |
| Assistant U.S. Attorneys<br>211 W. Fort Street, Suite 2001<br>Detroit, MI 48226<br>(313) 226-9100 | Attorneys for Defendant Carswell<br>613 Abbott St., Fifth Floor<br>Detroit, MI 48226<br>(313) 967-5542 |
| Dated: December 5, 2011 | Dated: December 5, 2011 |

**UPON THE STIPULATION OF THE PARTIES;**

**IT IS HEREBY ORDERED** that the deadline for filing objections to the Presentence Report is extended to December 15, 2011.

          S/Denise Page Hood
          Denise Page Hood
          United States District Judge

Dated: December 15, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 15, 2011, by electronic and/or ordinary mail.

          S/LaShawn R. Saulsberry
          Case Manager